CO-386
Rev. 10/03

**FILED**

FEB - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Saint Anthony's Medical Center )
1 Saint Anthony's Way )
Alton, Illinois 62002 )
                   Plaintiff )
)
            v. )
Michael O. Leavitt, Secretary, )
U.S. Department of Health and )
Human Services  Defendant )
200 Independence Avenue, S.W. )
Washington, DC 20201 )

CASE NUMBER 1:07CV00260

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/02/2007

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___Saint Anthony's Medical Center___,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of _____, which have any outstanding securities

in the hands of the public. ___None___

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

___00375152___
Bar Identification Number

___Dennis M. Barry___
Print Name

___Vinson & Elkins LLP___
Address  1455 Pennsylvania Avenue, NW
        Suite 600
___Washington___  ___DC___  ___20004-1008___
City           State        Zip

___202-639-6791___
Telephone Number