UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER<br>1 Saint Anthony's Way<br>Alton, Illinois 62002<br><br>　　　　　Plaintiff,<br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. DEPARTMENT OF HEALTH AND<br>　HUMAN SERVICES<br>200 Independence Avenue, S.W.<br>Washington, DC 20201<br><br>　　　　　Defendant. | Case No. 1:07-CV-00260-RMU |

## AFFIDAVIT REGARDING PROOF OF SERVICE

　　　Dennis M. Barry, being duly sworn, hereby states as follows:

　　　1.　　I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the District of Columbia.

　　　2.　　I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

　　　3.　　On February 21, 2007, I sent, by certified mail, return receipt requested (Receipt No. 7099 3400 0012 2946 9562) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

　　　　　The Honorable Michael Leavitt, Secretary
　　　　　Department of Health and Human Services
　　　　　200 Independence Avenue, S.W.
　　　　　Washington, DC 20201

　　　4.　　On February 21, 2007, I sent, by certified mail, return receipt requested (Receipt No. 7099 3400 0012 2946 9555) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

      Civil Process Clerk
U.S. Attorney for the District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530

    5. On February 21, 2007, I sent, by certified mail, return receipt requested (Receipt No. 7099 3400 0012 2946 9616) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

      The Honorable Alberto Gonzalez
U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    6. Return receipts were returned to me on or about March 1, 2007 for the documents sent to Secretary Leavitt; on or about February 28, 2007 for the documents sent to the Civil Process Clerk; and on or about February 28, 2007 for the documents sent to the Attorney General of the United States. Copies of these return receipts and the corresponding certified mail receipts are annexed hereto as Exhibit A.

    7. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

    Further this affidavit sayeth not.

Executed on this 2d day of March, 2007.

                                      Dennis M. Barry
                                      Vinson & Elkins L.L.P.
                                      1455 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004-1008
                                      202.639.6791

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this 2nd day of March, 2007 at Washington, District of Columbia, to certify which witness my hand and official seal:

_Mindy J Wale_
Name:
Notary Public in and for the District of Columbia

My commission expires: 11/2010

DC 656395v.1



# Exhibit A



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General<br>U.S. Dep't of Justice<br>950 PA Avenue NW<br>Washington, D.C.  20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number   7099 3400 0012 2946 9616<br>(Transfer from service label) | | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Civil Process Clerk
U.S. Attorney DC
555 Fourth Street NW
Washington, D.C. 20530

2.31
2.40
1.85

Total Postage & Fees  $ 6.56

c Dennis M. Barry
Vinson & Elkins LLP
1455 Pennsylvania Avenue NW
Washington, D.C. 20004

7099 3400 0012 2946 9555

PS Form 3800, July 1999    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney DC
   555 Fourth Street NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    2/26/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number   7099 3400 0012 2946 9555
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Michael Leavitt, Secretary
Dep't Health & Human Services
200 Independence Avenue SW
Washington, D.C. 20201

Postage $ 2.31
Certified Fee 2.40
Return Receipt Fee 1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $ 6.56

c Dennis M. Barry
Vinson & Elkins LLP
1455 Pennsylvania Avenue NW
Washington, D.C. 20004

Article Number: 7099 3400 0012 2946 9562

PS Form 3800, July 1999

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Leavitt, Secretary
   Dep't Health & Human Services
   200 Independence Avenue SW
   Washington, D.C. 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _____
C. Date of Delivery: 2-26-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7099 3400 0012 2946 9562
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540