UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. ANTHONY'S MEDICAL CENTER, ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-0260 (RMU) |
| ) | ECF |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                                        Respectfully submitted,

                                        /s/

                                        MEGAN L. ROSE, NC Bar # 28639
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7220
                                        (202) 514-8780 (fax)
                                        Megan.Rose@usdoj.gov