UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER, )<br>)<br>    Plaintiff , )<br>)<br>    v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>    U.S. Department of Health )<br>    and Human Services, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 1:07CV00260 (RMU) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a sixty-day enlargement of time, up to and including June 26, 2007, to answer or otherwise respond to Plaintiff's Complaint. In compliance with LCvR 7(m), the undersigned counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has consented to this motion.

    In support of the instant motion, the Secretary states as follows:

    1. Plaintiff instituted this action with the filing of its Complaint on February 2, 2007.

    2. Plaintiff's Complaint was served on the office of the United States Attorney for the District of Columbia on February 26, 2007. Thus, the current deadline for the

Secretary's response to Plaintiff's Complaint is April 27, 2007. Fed. R. Civ. P. 12(a)(3)(A).

3. Plaintiff seeks judicial review of the final decision of the Secretary as to the amount of Medicare payment due the Plaintiff for services furnished during Plaintiff's cost reporting periods ending on December 31, 1991, and December 31, 1992.

4. The Office of the Attorney Advisor ("OAA") within the Centers for Medicare & Medicaid Services ("CMS") is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes. The Secretary's agency counsel received the administrative record for this matter from OAA on or about March 27, 2007. Because of agency counsel's heavy workload, she has not yet had the opportunity to review it or consult with the client.

5. Agency counsel for the Secretary is also agency counsel in a other matters that are currently very active. For example, she is the primary agency counsel in Situ, et al. v. Leavitt, No. 06-cv-02841 (N.D. Ca. filed April 26, 2006), a nationwide class action challenging various aspects of the Secretary's implementation of Medicare Part D, which was created by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("MMA"), Pub. L. 108-173, 117 Stat. 2066, 42 U.S.C. § 1395w-101 et seq. (2003). Agency counsel is currently in the process of coordinating CMS's responses to massive discovery requests propounded by the plaintiffs in that case, and will be either preparing

witnesses for depositions or defending depositions most of the week of April 16, 2007. She will also be coordinating the production of initial disclosures in <u>Situ</u>, which are due May 18, 2007, and will be involved in drafting the settlement conference statement due on June 19, 2007.  The Secretary's agency counsel is also lead counsel in <u>UMDNJ-University Hospital v. Leavitt</u>, No. 1:06CV01200, in which the Secretary's opening brief is due on May 18, 2007.  In addition, she is lead agency counsel in the review of a regulation that is due to be published at the end of June.

    6.  The Secretary has requested no prior extensions.

    7.  In order to allow sufficient time for the Secretary's counsel to review the administrative record; to consult with the agency as necessary; and to prepare an appropriate response to the Complaint, while still meeting her other deadlines, the Secretary respectfully requests an enlargement of time of sixty days, up to and including June 26, 2006, within which to answer or otherwise respond to Plaintiff's Complaint.

    8. This request is made in good faith and not for purposes of delay.

    9.  There are no other previously scheduled deadlines in this case.

    A proposed Order is attached.

                                  Respectfully submitted,

                                  /s/
                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar No. 498610

_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780


_____/s/_____
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
 Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

_____
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER,    ) | |
| ) | |
| Plaintiff ,    ) | |
| ) | |
| v.    ) | Case No. 1:07CV00260 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary,    ) | |
|     U.S. Department of Health    ) | |
|     and Human Services,    ) | |
| ) | |
| Defendant.    ) | |
| _____    ) | |

## ORDER

Having considered Defendant's Unopposed Motion for Enlargement of Time to Respond to the Complaint, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before June 26, 2007.

_____
UNITED STATES DISTRICT JUDGE