## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER, )<br>           Plaintiff,                    )<br>                                                   )<br>      v.                                          )<br>                                                   )<br>MICHAEL O. LEAVITT,              )<br>Secretary, United States Department of )<br>Health and Human Services,        )<br>                                                   )<br>           Defendant.                   ) | Civ. Action No. 1:07-0260 (RMU)<br>ECF |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. Because the record is rather lengthy, the record has been filed in hard copy with the court and a copy served on opposing counsel.

                                   Respectfully submitted,

                                   /s/
                                   _____
                                   JEFFREY A. TAYLOR, D.C. Bar # 498610
                                   United States Attorney


                                   /s/
                                   _____
                                   MEGAN L. ROSE, NC Bar # 28639
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7220
                                   (202) 514-8780 (fax)
                                   Megan.Rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by City Express, this 27th day of June, 2007, addressed to:

>Dennis M. Barry
>Vinson & Elkins LLP
>1455 Pennsylvania Avenue, NW
>Suite 600
>Washington, DC 20004-1008.

/s/
_____
Megan L. Rose
Assistant United States Attorney