UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER,    )<br>                                                                    )<br>                    Plaintiff,                                )<br>                                                                    )<br>            v.                                                   )<br>                                                                    )<br>MICHAEL O. LEAVITT, Secretary,           )<br>      U.S. Department of Health               )<br>      and Human Services,                       )<br>                                                                    )<br>                    Defendant.                             )<br>_____)  | Case No. 1:07CV00260 (RMU) |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

  Counsel for Plaintiff, St. Anthony's Medical Center, and for Defendant, Michael O. Leavitt, the Secretary of Health and Human Services, have conferred.  The parties agree that this is an action for review on an administrative record, and thus discovery is not appropriate; the requirements of a Rule 26(f) conference, a joint meet and confer statement, and initial disclosures are not applicable; and the obligation to have an initial scheduling conference does not arise.  See Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1).  Accordingly, the parties respectfully request that they be relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to submit the Joint Statement and attend an Initial Scheduling Conference.

  Furthermore, the parties agree that this case should be resolved on the basis of settlement and/or dispositive motions, and that a short delay in the onset of briefing is desirable so that the parties may consider settlement.  Accordingly, the parties respectfully request that the Court approve the following proposed briefing schedule for the submission of the parties' respective dispositive motions:

September 14, 2007:   Plaintiff's dispositive motion

October 29, 2007:   Defendant's dispositive motion and opposition to Plaintiff's motion

December 13, 2007:   Plaintiff's opposition to Defendant's motion and reply

January 28, 2008:   Defendant's reply

A proposed Order is attached.

        Respectfully submitted,


        /s/
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610


        /s/
        MEGAN L. ROSE
        Assistant United States Attorney
        N.C. Bar No. 28639
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        Facsimile: (202) 514-8780

          /s/
_____
SUSAN MAXSON LYONS
D.C. Bar No. 434249
Attorney
U.S. Department of Health and
   Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3802
Facsimile: (202) 401-1405

_____
Counsel for Defendant

Dennis M. Barry
D.C. Bar #00375152
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, D.C. 20004-1008
(202) 639-6791
Nancy C. LeGros
Texas Bar # 00787892
VINSON & ELKINS LLP
2500 First City Tower
1001 Fannin
Houston, TX 77002-6760
(713) 758-3239

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER, ) <br> ) <br> Plaintiff , ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>   U.S. Department of Health ) <br>   and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07CV00260 (RMU) |

**<u>ORDER</u>**

Having considered the parties' Joint Notice and Motion to Set Briefing Schedule, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that, because this is an action for review on an administrative record under Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1), the parties are hereby relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to submit the Joint Statement and attend an Initial Scheduling Conference; and it is

FURTHER ORDERED that the parties shall submit dispositive motions in accordance with the following briefing schedule:

| | |
|---|---|
| September 14, 2007: | Plaintiff's dispositive motion |
| October 29, 2007: | Defendant's dispositive motion and opposition to Plaintiff's motion |

December 13, 2007:    Plaintiff's opposition to Defendant's motion and reply

January 28, 2008:    Defendant's reply

_____

                                                        /s/_____
                                             UNITED STATES DISTRICT JUDGE