## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAINT ANTHONY'S MEDICAL CENTER,   )<br>                                                              )<br>             Plaintiff,                          )<br>                                                              )<br>             v.                                         )<br>                                                              )<br>MICHAEL O. LEAVITT,                  )<br>Secretary, United States Department of  )<br>Health and Human Services,           )<br>                                                              )<br>             Defendant.                       ) | Civ. Action No. 1:07-0260 (RMU)<br>ECF |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007                         Respectfully submitted,


                                                                      /s/
                                                            MEGAN L. ROSE, NC Bar No. 28639

                                                                      /s/
                                                            CHARLOTTE A. ABEL
                                                            D.C. Bar No. 388582
                                                            Assistant United States Attorney
                                                            555 Fourth St., N.W.
                                                            Washington, D.C. 20530
                                                            (202) 307-2332