UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAINT ANTHONY'S MEDICAL CENTER,   )
                                  )
      Plaintiff,                )
                                  )
      v.                        )   Civ. Action No. 07-0260 (RMU)
                                  )
MICHAEL O. LEAVITT,               )
Secretary, United States Department of  )
Health and Human Services,        )
                                  )
      Defendant.                )

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Charlotte A. Abel.

Dated: December 6, 2007                  Respectfully submitted,

                                                /s/
                                      CHARLOTTE A. ABEL, D.C. Bar No. 388582

                                                /s/
                                      CHRISTOPHER B. HARWOOD
                                      N.Y. Bar No. 4202982
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0372