UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAINT ANTHONY'S MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07CV00260 (RMU) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | |
| U.S. Department of Health | ) | |
| and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF FILING**

Defendant Michael O. Leavitt, the Secretary of Health and Human Services, filed the one-volume certified administrative record for Plaintiff's complaint in this action on June 26, 2007. Defendant's counsel recently discovered that page 60 of that administrative record was missing. Defendant has located the missing page and is attaching that page hereto as Exhibit A.

February 21, 2008                              Respectfully submitted,

                                                              /s/
                                                              JEFFREY A. TAYLOR
                                                              United States Attorney
                                                              D.C. Bar No. 498610

                                   /s/
                                CHRISTOPHER B. HARWOOD
                                Assistant United States Attorney
                                Judiciary Center Building
                                555 4th St., N.W.
                                Washington, D.C.  20530



                                   /s/
                                SUSAN MAXSON LYONS
                                D.C. Bar No. 434249
                                Attorney
                                U.S. Department of Health and
                                   Human Services
                                Office of the General Counsel
                                Room 5309 Cohen Building
                                330 Independence Ave., S.W.
                                Washington, D.C. 20201

                                Counsel for Defendant

NOTICE OF PROGRAM REIMBURSEMENT - SETTLEMENT SUMMARY

HOSPITAL-BASED SNF: SAINT ANTHONY'S SNF     PROVIDER NO: 14-5314     FYE: 12/31/91

SCHEDULE FOR NPR PURPOSES COMPARING PREVIOUS INTERMEDIARY'S DETERMINATION TO THE CORRECTED INTERMEDIARY DETERMINATION AMOUNTS
HCFA-2552-89 - REOPENING SETTLEMENT

| COMPONENT | PART A | | | PART B | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | PREVIOUS INTER-MEDIARY'S DETER-MINATION | CORRECTED INTER-MEDIARY'S DETER-MINATION | ADJUST-MENT | PREVIOUS INTER-MEDIARY'S DETER-MINATION | CORRECTED INTER-MEDIARY'S DETER-MINATION | ADJUST-MENT | PREVIOUS INTER-MEDIARY'S DETER-MINATION (PTS A+B) | CORRECTED INTER-MEDIARY'S DETER-MINATION (PTS A+B) | ADJUST-MENT (PTS A+B) |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| S.N.F. (COST-BASED) | -95118 | -113985 | -18867 | -2370 | -2370 | 0 | -97488 | -116355 | -18867 |
| TOTAL | -95118 | -113985 | -18867 | -2370 | -2370 | 0 | -97488 | -116355 | -18867 |
| PREVIOUS PAYMENTS | -88477 | -95118 | -6641 | -2217 | -2370 | -153 | -90694 | -97488 | -6794 |
| AMOUNT DUE PROVIDER/(PROGRAM) | -6641 | -18867 | -12226 | -153 | 0 | 153 | -6794 | -18867 | -12073 |

REVISED
FINAL SETTLEMENT

60