# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAINT ANTHONY'S MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:07-cv-0260 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE

Please take note that the undersigned has a new address. The updated contact information is:

Dennis M. Barry
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-2959 (phone)
(202) 626-3737 (fax)
DBarry@kslaw.com

Respectfully submitted,

/s/ Dennis M. Barry
Dennis M. Barry
DC Bar No. 375152
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-2959 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiff

June 6, 2008